UNITED STATES of America, Plaintiff—Appellee,

v.

**Rodney SCOTT, Defendant—Appellant.**

No. 08–30310.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 11, 2010.

Submission Withdrawn Oct. 1, 2010.

Resubmitted Aug. 8, 2011.

Filed Sept. 22, 2011.

Jo Ann Farrington, Joseph William Bottini, I, Esquire, Assistant U.S., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Sue Ellen Tatter, Esquire, Assistant Federal Public Defender, FPDAK–Federal Public Defender's Office, Anchorage, AK, for Defendant–Appellant.

Before: KLEINFELD, TASHIMA, and TALLMAN, Circuit Judges.

---

## ORDER

In light of the government's confession of error, its motion for remand to the district court for further proceedings consistent with *Freeman v. United States,* —— U.S. ——, 131 S.Ct. 2685, 180 L.Ed.2d 519 (2011) is GRANTED so that the district court can consider Rodney Scott's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c).

**VACATED AND REMANDED.**